# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Paul Yellow, Jr., | ) | Case No. 1:21-cr-235 |
| | ) | |
| Defendant. | ) | |

Defendant is in Marshals Services custody. He is being housed at the Washington County Justice Center in Akron, Colorado. On March 15, 2022, he filed a Motion for Order Approving Remote Evaluation. He has scheduled a remote evaluation with C & K Counseling on March 28, 2022, at 12:30 PM. He now asks that the court approve or authorize his evaluation.

The court **GRANTS** defendant's motion (Doc. No. 71) authorizes his remote evaluation with C & K Counseling.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2022.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court