## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronald Paul Yellow, Jr., | ) | Case No. 1:21-cr-235 |
| | ) | |
| Defendant. | ) | |

On April 26, 2023, the court issued an order releasing Defendant to the Hope and Healing Addiction and Treatment Centers' ("H&H") inpatient treatment facility in Mesa, Arizona. (Doc. No. 178).

On June 23, 2023, Defendant file a Motion to Amend Order Granting Release.  (Doc No. 231).  He advises that he has been relocated to residential treatment program at Sterling House in Scottsdale, Arizona.  He further advises that this program is still part of H&H.  Nevertheless, out of an abundance of caution, he requests that the court amend his release conditions reflect the current location of his treatment.

The court **GRANTS** Defendant's motion (Doc. No. 231) and **AMENDS** his release conditions to permit him to reside at Sterling House and participate in its treatment programming. Defendant otherwise remains subject to all of the conditions of release previously imposed by the court.

**IT IS SO ORDERED.**

Dated this 26th day of June, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court