IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Ronald Paul Yellow, Jr., ) | Case No. 1:21-cr-235 |
| ) | |
| Defendant. ) | |

On September 14, 2023. Defendant filed a Motion to Amend Order Granting Release. (Doc. No. 249). The court previously released Defendant to an inpatient treatment program at Hope and Healing Addiction and Treatment Centers' ("H&H") Sterling House in Scottsdale, Arizona. (Doc. No. 232). Defendant advises that H&H has recommended that he step down to a sober living placement given the progress he has made while in treatment and continue with outpatient treatment He further advises that he has secured a placement at Plugged In, a sex offender sober living home in Chandler, Arizona, and that H&H is willing and able to transport him daily to its outpatient treatment facility for treatment. He requests the court amend his release conditions to permit him to transition out of Sterling House and into Plugged In.

The court **GRANTS** Defendant's motion (Doc. No. 249) and amends Defendant's release conditions as follows. Defendant shall be permitted to transition out of Sterling House and into Plugged In's facility in Chandler, Arizona, with the understanding that he will regularly attend and fully participate in H&H outpatient treatment program. Defendant shall comply with all of Plugged In's rules and regulations and shall not change his residence without the prior permission of the Pretrial Services Officer.

**IT IS SO ORDERED.**

Dated this 18th day of September, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court