IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO AMEND** |
| | ) | **RELEASE CONDITIONS** |
| vs. | ) | |
| | ) | |
| Ronald Paul Yellow, Jr., | ) | Case No. 1:21-cr-235 |
| | ) | |
| Defendant. | ) | |

On April 26, 2023, the court issued an order releasing Defendant to the Hope and Healing Addiction and Treatment Centers' ("H&H") inpatient treatment facility in Mesa, Arizona. (Doc. No. 178). On motion by Defendant, the court issued an order on June 16, 2023, that amended Defendant's release conditions to allow him to relocate to H&H's Sterling House in Scottsdale, Arizona, to continue his treatment. (Doc. No. 232). On motion by Defendant, the court issued an order on September 18, 2023, that further amended Defendant's release conditions to allow him to transition out of Sterling House and into Plugged In's facility in Chandler, Arizona, with the understanding that he would regularly attend and fully participate in H&H outpatient treatment programming. (Doc. No. 250).

On October 27, 2023, Defendant filed a Motion to Amend Order Granting Release (Doc. No. 258). Defendant's sentencing hearing was recently continued from November 16, 2023, until December 20, 2023. Defendant requests that the court amend his release conditions to permit him to reside at Blessed Builders in Bismarck, North Dakota, until his sentencing hearing.

There being no objection from the United State, the court **GRANTS** Defendant's motion (Doc. No. 258). Upon completing H&H's programming and returning to North Dakota, Defendant

1

shall reside at Blessed Builder's facility in the Bismarck, comply with all of its rules and regulations, and participate in its programming. Defendant shall not change this residence without the prior approval of the Pretrial Services Office. All other release conditions previously imposed on Defendant by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2023.

>*/s/ Clare R. Hochhalter*
>Clare R. Hochhalter, Magistrate Judge
>United States District Court